In the Matter of JOHN O'ROURKE, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 17, 1941; decided October 21, 1941.

*Samuel D. Lasky* for appellant.

*Benjamin J. Jacobson, Henry J. Grassotti* and *Sydney Rosenthal* for Mario J. Cariello, intervening respondent.

*William C. Chanler, Corporation Counsel* (*David DuVivier* and *Paxton Blair* of counsel), for Board of Elections of City of New York, respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.